**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01477-CV

### JAMES DAVID HORTON AND JEFFREY HORTON, Appellant

### V.

### KIMBERLY A. STOVALL INDIVIDUALLY, AND STOVALL & ASSOCIATES, P.C., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-04197-J**

## ORDER

The Court has reviewed the clerk's record. The clerk's record does not include the Plea in Intervention filed July 24, 2013. We **ORDER** Felicia Pitre, District Clerk of Dallas County, Texas to file within **FIVE(5) days of the date of this order** a supplemental clerk's record including the July 24, 2013 Plea in Intervention.

/s/      ELIZABETH LANG-MIERS
JUSTICE